**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**SARAH LANAE TURNLEY, ET AL.** CIVIL ACTION

VERSUS **NO. 25-769-JWD-SDJ**

**CARRINGTON MORTGAGE SERVICES, LLC**

# OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 8, 2026, (Doc. 37), to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss filed by Defendant Carrington Mortgage Services, LLC (Doc. 5), is **GRANTED**, and that all claims against Carrington Mortgage Services, LLC, are dismissed with prejudice.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 25, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**